IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW JOHNSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CV-20-1061-R |
| | ) |
| CHRISTOPHER WRAY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On October 23, 2020, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation, recommending that the Court "transfer [the] matter, including Plaintiff's pending Motion to proceed in forma pauperis [Doc. No. 2] to the United States District Court for the District of Arizona." Doc. No. 5, p. 3.

Magistrate Judge Erwin advised the Plaintiff of his right to object to the Report and Recommendation by November 9, 2020, *id.*, and further advised that the failure to timely object waives the right to appellate review of the factual and legal issues addressed. *Id.* pp. 3–4.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection to the Report and Recommendation being filed within the time prescribed, the Court adopts the Report and Recommendation in its ENTIRETY.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin (Doc. No. 5) is ADOPTED. The matter is TRANSFERRED to the

United States District Court for the District of Arizona, where proper venue lies. 28 U.S.C. § 1391(b)(2).

**IT IS SO ORDERED** on this 24th day of November 2020.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE